IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**GOODY'S FAMILY CLOTHING, INC.**                          **PLAINTIFF**

       **v.**            Civil No. 05-3028

**RICK HOOVER, d/b/a Hoover
Brothers Leasing, Inc.**                        **DEFENDANT**

### O R D E R

Now on this 29th day of August, 2005, comes on for consideration plaintiff's **Motion to Withdraw Motion to Dismiss for Failure to State a Claim in Accordance with Rule 12(b)(6) and Motion for More Definite Statement in Accordance with Rule 12(e)** (document #20). The Court, being well and sufficiently advised, finds that the motion should be, and it hereby is **granted** and plaintiff's **Motion to Dismiss for Failure to State a Claim in Accordance with Rule 12(b)(6) and Motion for More Definite Statement in Accordance with Rule 12(e)** (document #8) is **withdrawn**.

    **IT IS SO ORDERED.**

                                         /s/ Jimm Larry Hendren
                                         **JIMM LARRY HENDREN
                                         UNITED STATES DISTRICT JUDGE**