IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

GOODY'S FAMILY CLOTHING, INC.                                                       PLAINTIFF

v.                                        No. 05-3028

RICK HOOVER d/b/a HOOVER
BROTHER LEASING, INC. and
HOOVER LEASING COMPANY, INC.                                       DEFENDANTS

## **ORDER**

Presently before the Court is the parties' joint motion to dismiss with prejudice (doc. #67).

For good cause shown, the motion is granted and this case is hereby dismissed with prejudice.

Dated this 7th day of August, 2006.

                                                                       /s/ Jimm Larry Hendren
                                                                       UNITED STATES DISTRICT JUDGE

PREPARED AND APPROVED BY:

QUATTLEBAUM, GROOMS,
   TULL & BURROW PLLC
5305 Village Parkway, Suite 7
Rogers, Arkansas 72758
Telephone: (479) 254-3662
Facsimile: (479) 254-3664
squattlebaum@qgtb.com
ghyneman@qgtb.com
bcate@qgtb.com

By:     /s/ Brandon B. Cate
    Steven W. Quattlebaum, Ark. Bar No. 84127
    Ginger Hyneman, Ark Bar No. 2000160
    Brandon B. Cate, Ark. Bar No. 2001203

*Attorneys for Goody's Family Clothing, Inc.*

KENNEDY, KENNEDY & ROBBINS, LC
1165 Cherry Street
P.O. Box 696
Poplar Bluff, Missouri 63902
Telephone: (573) 686-2459
Facsimile: (573) 686-7822
doug@kkrlawfirm.com

By:     /s/ Douglas R. Kennedy (with permission)
    Douglas R. Kennedy, Bar No. 13833

*Attorneys for Rick Hoover*

SPROTT & GOLDEN
P.O. Box 1800
Harrison, Arkansas 72601
Telephone: (870) 741-3633
Facsimile: (870) 741-5479
cathygolden@alltel.net

By:     /s/ Catherine F. Golden (with permission)
    Catherine F. Golden, Ark. Bar No. 2005305

*Attorneys for Hoover Leasing Co., Inc.*